| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BEETLESTONE , WENDY | 2. Court or Organization<br><br>U.S. DISTRICT COURT - EDPA | 3. Date of Report<br><br>10/27/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

JAMES A. BYRNE U.S. COURTHOUSE
601 MARKET STREET, ROOM 3809
PHILADELPHIA, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | HANGLEY ARONCHICK RETIREMENT PLAN WITH FORMER LAW FIRM, NO CONTROL |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | OPPENHEIMER & CO. INC - PENSION |
| 2. 2015 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION - PENSION |
| 3. 2015 | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA - SALARY |
| 4. 2015 | THE CHARLES A DANA FOUNDATION - SELF EMPLOYED HONORARIA $1,600 |
| 5. 2015 | JANSSEN BIOTECH, INC - SELF-EMPLOYED HONORARIA $1,500 |
| 6. 2015 | CHDI MANAGEMENT, INC - SELF-EMPLOYED HONORARIA $2,750 |
| 7. 2015 | FIRST CAPITAL HOUSING PARTNERS - SELF-EMPLOYED HONORARIA $1,000 |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**☑** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | CREDIT CARD | J |
| 2. | ADVANTAGE BARCLAYCARD | CREDIT CARD | J |
| 3. | CAPITAL ONE VISA | CREDIT CARD | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO - CASH ACCOUNT | A | Int./Div. | J | T | | | | | |
| 2. PNC BANK - CASH ACCOUNT | A | Int./Div. | M | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 4. -ADVANTAGE BANK ACCOUNT - CASH ACCOUNT | A | Interest | L | T | | | | | |
| 5. -AKZO NOBEL NV SPON ADR | A | Int./Div. | J | T | | | | | |
| 6. -AMERICAN MOVIL SAB DE CV SPON ADR L SHS | A | Dividend | J | T | | | | | |
| 7. -AQUA AMERICA INC | A | Int./Div. | J | T | | | | | |
| 8. -BP PLC SPON ADR | A | Dividend | J | T | | | | | |
| 9. -BOEING CO | A | Dividend | J | T | | | | | |
| 10. -CALIFORNIA RESOURCES CORP | A | Dividend | J | T | | | | | |
| 11. -CHEVRON CORP NEW | A | Dividend | K | T | | | | | |
| 12. -ENI SPA SPON ADR | A | Dividend | J | T | | | | | |
| 13. -EXXON MOBIL CORP | B | Dividend | K | T | | | | | |
| 14. -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 15. -INTEL CORP | A | Dividend | J | T | | | | | |
| 16. -KONINKLIJKE PHILIPS NV NY REG SH NEW | A | Dividend | J | T | | | | | |
| 17. -MARATHON OIL CORP | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -MARATHON PETE CORP | A | Dividend | K | T | | | | | |
| 19.  -OCCIDENTAL PETE CORP DEL | B | Dividend | L | T | | | | | |
| 20.  -QUALCOMM INC | A | Dividend | J | T | | | | | |
| 21.  -RIO TINTO PLC SPON ADR | A | Dividend | K | T | | | | | |
| 22.  -SANDISK CORP | A | Dividend | J | T | | | | | |
| 23.  -SIEMENS AG SPON ADR | A | Dividend | J | T | | | | | |
| 24.  -SOUTHERN COPPER CORP | A | Dividend | J | T | | | | | |
| 25.  -TEXAS INSTRUMENTS INC | A | Dividend | K | T | | | | | |
| 26.  -TOTAL SA SPON ADR | B | Dividend | K | T | | | | | |
| 27.  -VERIZON COMM INC | A | Dividend | J | T | | | | | |
| 28.  -WOODSIDE PETE LTD | B | Dividend | J | T | | | | | |
| 29.  -I SHARES MSCI STH AFR ETF | A | Dividend | J | T | | | | | |
| 30.  BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 31.  -ADVANTAGE BANK ACCOUNT - CASH ACCOUNT | A | Interest | N | T | | | | | |
| 32.  -AMERICAN WATER WORKS CO INC NEW | A | Dividend | K | T | | | | | |
| 33.  -ANADARKO PETE CORP | A | Dividend | K | T | | | | | |
| 34.  -BP PLC SPON ADR | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -BOEING CO | A | Dividend | K | T | | | | | |
| 36. -CNOOC LTD SPON ADR | B | Dividend | K | T | | | | | |
| 37. -CALIFORNIA RES CORP | A | Dividend | J | T | | | | | |
| 38. -CALIFORNIA WATER SVC GROUP | A | Dividend | K | T | | | | | |
| 39. -CARRIZO OIL & GAS INC | | None | J | T | | | | | |
| 40. -CHEVRON CORP NEW | D | Dividend | M | T | | | | | |
| 41. -CHINA PETE & CHEM CORP SPON ADR H SHS | B | Dividend | K | T | | | | | |
| 42. -CONOCO PHILLIPS | D | Dividend | M | T | | | | | |
| 43. -DUPONT EI DE NEMOURS & CO | A | Dividend | K | T | | | | | |
| 44. -ENI SPA SPON ADR | D | Dividend | M | T | | | | | |
| 45. -ENBRIDGE INC | A | Dividend | J | T | | | | | |
| 46. -EXXON MOBIL CORP | D | Dividend | M | T | | | | | |
| 47. -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 48. -GOLDMAN SACHS GROUP INC | A | Dividend | K | T | | | | | |
| 49. -HESS CORP | B | Dividend | L | T | | | | | |
| 50. -HUSKY ENERGY INC | A | Dividend | J | T | | | | | |
| 51. -INTEL CORP | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -JP MORGAN CHASE & CO COM | A | Dividend | K | T | | | | | |
| 53. -KINDER MORGAN INC DEL | B | Dividend | K | T | | | | | |
| 54. -LINNCO LLC | A | Dividend | J | T | | | | | |
| 55. -MARATHON OIL CORP | B | Dividend | K | T | | | | | |
| 56. -MARATHON PETE CORP | B | Dividend | M | T | | | | | |
| 57. -MIDDLESEX WATER CO | A | Dividend | J | T | | | | | |
| 58. -NATIONAL GRID PLC SPON ADR NEW | B | Dividend | K | T | | | | | |
| 59. -NATIONAL OILWELL VARCO INC | A | Dividend | J | T | | | | | |
| 60. -NORTHROP GRUMMAN CORP | A | Dividend | K | T | | | | | |
| 61. -NUCOR CORP | A | Dividend | J | T | | | | | |
| 62. -OMV AG SPON ADR NEW | | None | J | T | | | | | |
| 63. -OCCIDENTAL PETE CORP DEL | C | Dividend | L | T | | | | | |
| 64. -OCEANEERING INTL INC | A | Dividend | J | T | | | | | |
| 65. -OJSC OC ROSNEFT SPON GDR REG S | A | Dividend | K | T | | | | | |
| 66. -PJSC LUKOIL SPON ADR | A | Dividend | J | T | | | | | |
| 67. -PETROCHINA CO LTD SPON ADR | A | Dividend | K | T | | | | | |
| 68. -PHILLIPS 66 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PIONEER NAT RES CO | A | Dividend | L | T | | | | | |
| 70. -RIO TINTO PLC SPON ADR | B | Dividend | K | T | | | | | |
| 71. -ROYAL DUTCH SHELL PLC SPON ADR B | D | Dividend | J | T | | | | | |
| 72. -ROYAL DUTCH SHELL PLC SPON ADR A | B | Dividend | M | T | | | | | |
| 73. -SASOL-LTD SPON ADR | C | Dividend | L | T | | | | | |
| 74. -SCHLUMBERGER LTD | A | Dividend | M | T | | | | | |
| 75. -SIEMENS AG SPON ADR | A | Dividend | J | T | | | | | |
| 76. -SINOPEC SHANGHAI PETROCHEMICAL SPON ADR H | A | Dividend | J | T | | | | | |
| 77. -SOUTHERN COPPER CORP | A | Dividend | K | T | | | | | |
| 78. -TECO ENERGY INC | A | Dividend | J | T | | | | | |
| 79. -TATA MTRS LTD SPON ADR | A | Dividend | J | T | | | | | |
| 80. -TRANSCANADA CORP | A | Dividend | K | T | | | | | |
| 81. -ALLIANCE RES PART LP UT LTD PART SBI/CBI | A | Distribution | K | T | | | | | |
| 82. -BUCKEYE PART LP UNIT LTD PART SBI/CBI | A | Distribution | K | T | | | | | |
| 83. -DCP MIDSTREAM PART LP COM | A | Distribution | J | T | | | | | |
| 84. -ENBRIDGE ENERGY PART LP | A | Distribution | K | T | | | | | |
| 85. -ENERGY TRANSFER PART LP | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ENERGY TRANSFER EQUITY LP COM | A | Distribution | K | T | | | | | |
| 87. -ENTERPRISE PRODS PART LP | B | Distribution | L | T | | | | | |
| 88. -GENESIS ENERGY LP | A | Distribution | K | T | | | | | |
| 89. -HOLLY ENERGY PART LP | A | Distribution | J | T | | | | | |
| 90. -MPLX LP COM | A | Distribution | K | T | | | | | |
| 91. -MAGELLAN MIDSTREAM PART LP | A | Distribution | L | T | | | | | |
| 92. -NUSTAR ENERGY LP | A | Distribution | J | T | | | | | |
| 93. -ONEOK PARTNERS LP | A | Distribution | K | T | | | | | |
| 94. -PLAINS ALL AMERICAN PIPELINE LP | A | Distribution | K | T | | | | | |
| 95. -SPECTRA ENERGY PART LP | A | Distribution | J | T | | | | | |
| 96. -TC PIPELINE LP | A | Distribution | J | T | | | | | |
| 97. -TARGA RESOURCES PART LP | A | Distribution | J | T | | | | | |
| 98. -TRANSMONTAIGNE PART LP | A | Distribution | K | T | | | | | |
| 99. -VANGUARD NAT RESOURCES LLC | B | Distribution | J | T | | | | | |
| 100. -ISHARES MSCI STH KOR ETF | A | Dividend | J | T | | | | | |
| 101. -INDIA FD INC | B | Dividend | K | T | | | | | |
| 102. -TEMPLETON EMER MKTS INCOME FUND | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  IRA #1 | C | Distribution | M | T | | | | | |
| 104.  -FIRST EAGLE GLOBAL FD A | | | | | | | | | |
| 105.  TRUST #1 | A | Int./Div. | O | T | | | | | |
| 106.  -ADVANTAGE BANK DEPOSIT | | | | | | | | | |
| 107.  -AT&T | | | | | | | | | |
| 108.  -AMAZON COM INC | | | | | | | | | |
| 109.  -AMERICAN EXPRESS CO | | | | | | | | | |
| 110.  -CA INC | | | | | | | | | |
| 111.  -CALIFORNIA RES CORP | | | | | | | | | |
| 112.  -CATERPILLAR INC DEL | | | | | | | | | |
| 113.  -CHEMOURS CO | | | | | | | | | |
| 114.  -CHUBB CORP | | | | | | | | | |
| 115.  -COCA COLA CO | | | | | | | | | |
| 116.  -COMCAST CORP NEW CI A SPL | | | | | | | | | |
| 117.  -DISNEY WALT CO COM DISNEY | | | | | | | | | |
| 118.  -DISCOVERY COMM NEW COM SER A | | | | | | | | | |
| 119.  -DISCOVERY COMM NEW COM SER C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -DUPONT EL DE NEMOURS & CO | | | | | | | | | |
| 121. -ENI SPA SPON ADR | | | | | | | | | |
| 122. -EBAY INC | | | | | | | | | |
| 123. -EMERSON ELEC CO | | | | | | | | | |
| 124. -EXPEDIA INC DEL COM NEW | | | | | | | | | |
| 125. -EXXON MOBIL CORP | | | | | | | | | |
| 126. -GAZPROM SPON ADR EA REP 2 ORD SHS | | | | | | | | | |
| 127. -GENERAL ELECTRIC CO | | | | | | | | | |
| 128. -HALYARD HEALTH INC | | | | | | | | | |
| 129. -HESS CORP | | | | | | | | | |
| 130. -IMPERIAL OIL LTD COM NEW | | | | | | | | | |
| 131. -INTEL CORP | | | | | | | | | |
| 132. -JP MORGAN CHASE & CO COM | | | | | | | | | |
| 133. -KIMBERLY CLARK CORP | | | | | | | | | |
| 134. -KRAFT FOODS GROUP INC | | | | | | | | | |
| 135. -LIBERTY BROADBAND CORP COM SER A | | | | | | | | | |
| 136. -LIBERTY BROADBAND CORP COM SER C | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -LIBERTY INTERACTIVE CORP QVC GP COM SER A | | | | | | | | | |
| 138. -LIBERTY INTERACTIVE CORP LBT VENT COM A | | | | | | | | | |
| 139. -LIBERTY MEDIA CORP DEL CL A | | | | | | | | | |
| 140. -LIBERTY MEDIA CORP DEL COM SER C | | | | | | | | | |
| 141. -MICROSOFT CORP | | | | | | | | | |
| 142. -MONDELEZ INTL INC CL A | | | | | | | | | |
| 143. -NEWS CORP NEW CL B | | | | | | | | | |
| 144. -OCCIDENTAL PETE CORP DEL | | | | | | | | | |
| 145. -PAYPAL HOLDINGS INC | | | | | | | | | |
| 146. -PEPSICO INC | | | | | | | | | |
| 147. -PROCTOR & GAMBLE CO | | | | | | | | | |
| 148. -RAYTHON CO COM NEW | | | | | | | | | |
| 149. -REPSOL SA SPON ADR | | | | | | | | | |
| 150. -RIO TINTO PLC SPON ADR | | | | | | | | | |
| 151. -ROYAL DUTCH SHELL PLC SPON ADR A | | | | | | | | | |
| 152. -SANTOS LIMITED ADR UNSPONSORED | | | | | | | | | |
| 153. -SOUTHERN COPPER CORP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -TAIWAN SEMICOMDUCTOR MF LTD SPON ADR | | | | | | | | | |
| 155. -TEXAS INSTRS INC | | | | | | | | | |
| 156. -TIME INC NEW | | | | | | | | | |
| 157. -TIMEWARNER INC COM NEW | | | | | | | | | |
| 158. -TOTAL SA SPONSORED ADR | | | | | | | | | |
| 159. -TWENTY FIRST CENTURY FOX INC CL B | | | | | | | | | |
| 160. -WAL MART STORES INC | | | | | | | | | |
| 161. -WEYERHAEUSER CO REIT | | | | | | | | | |
| 162. TRUST #2 | D | Int./Div. | N | T | | | | | |
| 163. -ADVANTAGE BANK DEPOSIT | | | | | | | | | |
| 164. -RELIANCE INFRASTRUCTURE LTD GDR | | | | | | | | | |
| 165. -CALIFORNIA RES CORP | | | | | | | | | |
| 166. -CHEVRON CORP NEW | | | | | | | | | |
| 167. -CONOCOPHILLIPS | | | | | | | | | |
| 168. -ENI SPA SPON ADR | | | | | | | | | |
| 169. -EXXON MOBIL CORP | | | | | | | | | |
| 170. -FREEPORT MCMORAN COPPER & GOLD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BEETLESTONE , WENDY | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -HESS CORP | | | | | | | | | |
| 172. -IMPERIAL OIL LTD COM NEW | | | | | | | | | |
| 173. -MARATHON OIL CORP | | | | | | | | | |
| 174. -MARATHON PETE CORP | | | | | | | | | |
| 175. -OCCIDENTAL PETE CORP DEL | | | | | | | | | |
| 176. -PHILLIPS 66 | | | | | | | | | |
| 177. -ROYAL DUTCH SHELL PLC SPON ADR A | | | | | | | | | |
| 178. -SASOL LTD SPON ADR | | | | | | | | | |
| 179. -TOTAL SA SPON ADR | | | | | | | | | |
| 180. 403(b) #1 | A | Int./Div. | O | T | | | | | |
| 181. -VANGUARD WELLINGTON FUND INV | | | | | | | | | |
| 182. -VANGUARD TARGET RETIREMENT 2025 | | | | | | | | | |
| 183. -VANGUARD PRIMECAP FUND ADMIRAL | | | | | | | | | |
| 184. 403(b) #2 | A | Int./Div. | P1 | T | | | | | |
| 185. -CREF STOCK R3 | | | | | | | | | |
| 186. -CREF GLOBAL EQUITIES R3 | | | | | | | | | |
| 187. TIAA REAL ESTATE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -T-C INTL EQ RTMT | | | | | | | | | |
| 189. -TIAA TRADITIONAL | | | | | | | | | |
| 190. 401(k) | A | Int./Div. | O | T | | | | | |
| 191. -ALGER SMID CAP GROWTH FUND | | | | | | | | | |
| 192. -EATON VANCE ATLANTA CAP SMID - CAP FUND | | | | | | | | | |
| 193. -FIDELITY CASH RESERVES | | | | | | | | | |
| 194. -FIDELITY CONTRAFUND | | | | | | | | | |
| 195. -FIRST EAGLE OVERSEAS FUND | | | | | | | | | |
| 196. -HARDING LOEVNER INTERNATIONAL EQUITY PORFOLIO | | | | | | | | | |
| 197. -JP MORGAN INCOME BUILDER FUND | | | | | | | | | |
| 198. -LOOMIS SAYLES BOND FUND | | | | | | | | | |
| 199. -MUTUAL GLOBAL DISCOVERY FUND | | | | | | | | | |
| 200. -SPDR S&P DIVIDEND ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE , WENDY | 10/27/2016 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WENDY BEETLESTONE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544